IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 14-CV-14360-MIDDLEBROOKS/LYNCH

IN ADMIRALTY

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SUNCOAST SHIPPING, LLC | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANT SUNCOAST SHIPPING, LLC**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 7.1 (a)(1)(D), Plaintiff Travelers Property Casualty Company of America ("Travelers") requests entry of a default against Defendant Suncoast Shipping, LLC ("Suncoast") for failure to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment in Admiralty. In support of its application, Travelers states:

1. This action was filed September 5, 2014. [Dkt. Entry No. 1].

2. Suncoast's registered agent was served with the Summons, Complaint and Rule 7.1 Disclosure Statement on September 9, 2014. [Dkt. Entry No. 6].

3. Proof of Service was filed with the Court on September 17, 2014. [Dkt. Entry No. 6].

2

4. On September 29, 2014, counsel for Suncoast requested a brief extension of time to October 10, 2014 to respond to the Complaint. [Carbin Declaration at Exhibit 1[1]].

5. Travelers agreed to the extension to October 10. [Carbin Declaration at Exhibit 2].

6. Suncoast did not answer or otherwise respond to the Complaint before October 10, 2014.

7. On October 15, 2014, Travelers wrote to Suncoast and its counsel advising them that Suncoast was in default. [Carbin Declaration at Exhibit 3].

8. Suncoast still has not answered or otherwise responded to the Complaint.

9. A proposed order is attached hereto as Exhibit B.

**CERTIFICATE OF GOOD FAITH CONFERENCE: UNABLE TO CONFER**

Pursuant to Local Rule 7.1 (a)(3)(B), counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows: On October 15, 2014, counsel for Travelers wrote to Defendant and Defendant's counsel to advise that it would be seeking a default if no answer was filed. Neither responded.

WHEREFORE, Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 7.1 (a)(1)(D), Plaintiff Travelers Property Casualty Company of America ("Travelers") requests entry of a default against Defendant Suncoast Shipping, LLC ("Suncoast") for failure to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment in Admiralty.

---

[1] The Declaration of James W. Carbin is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: October 31, 2014 | Respectfully submitted, |
| | /s/ Felice K. Schonfeld |
| James W. Carbin, Esq. | Harvey W. Gurland, Jr., P.A. |
| (admitted *pro hac vice*) | Florida Bar No. 284033 |
| JWCarbin@duanemorris.com | HWGurland@duanemorris.com |
| P. Ryan McElduff, Esq. | Felice K. Schonfeld, Esq. |
| (admitted *pro hac vice*) | Florida Bar No. 266523 |
| PRMcelduff@duanemorris.com | FKSchonfeld@duanemorris.com |
| **DUANE MORRIS LLP** | **DUANE MORRIS LLP** |
| One Riverfront Plaza | 200 S. Biscayne Boulevard |
| 1037 Raymond Boulevard | Suite 3400 |
| Suite 1800 | Miami, Florida 33131 |
| Newark, New Jersey 07102-5429 | Tel: 305.960.2200 |
| Tel: 973.424.2025 | Fax: 305.960.2201 |
| Fax: 973.556.1426 | *Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 31st day of October, 2014, via email, First Class U.S. Mail, and U.S. Mail Return Receipt Requested on all counsel or parties of record on the Service List below.

/s/ Felice K. Schonfeld
Felice K. Schonfeld, Esq.

## SERVICE LIST

Larry S. Sazant, Esq.
Larry S. Sazant, P.A.
1920 E. Hallandale Beach Boulevard, Suite 510
Hallendale Beach, Florida 33009
E-Mail: Lss@bellsouth.net


Suncoast Shipping, LLC
1401 N. US Highway 1
Fort Pierce, FL 34950
E-mail: jartransp@gmail.com