IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 14-CV-14360-MIDDLEBROOKS/LYNCH
IN ADMIRALTY

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA, )
      Plaintiff, )
    v. )
SUNCOAST SHIPPING, LLC )
      Defendants. )



## DECLARATION OF JAMES W. CARBIN

I, JAMES W. CARBIN, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at law and member of the law firm Duane Morris LLP, counsel for Plaintiff Travelers Property Casualty Company of America.

2. Exhibit 1 is a copy of Larry. S. Sazant, Esq.'s letter dated September 29, 2014.

3. Exhibit 2 is a copy of a series of emails between Larry S. Sazant, Esq. and Felice K. Schonfeld, Esq. on September 29-30, 2014.

4. Exhibit 3 is a copy of my October 15, 2014 letter to Larry S. Sazant and Suncoast Shipping, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of October, 2014.

                                                                    /s/ James W. Carbin
                                                                    James W. Carbin

**EXHIBIT 1**

**LARRY S. SAZANT, P.A.**
ATTORNEYS AT LAW

LARRY S. SAZANT*

\*ALSO ADMITTED TO THE BAR
of QUEBEC, CANADA

NEIL S. SAZANT
E-Mail: Lss@bellsouth.net

1920 E. Hallandale Beach Boulevard
Suite 510
Hallandale Beach, Florida 33009
954-458-6801
305-931-8450
Fax: 954-458-6802

September 29, 2014

SENT VIA EMAIL: HWGurland@duanemorris.com
SENT VIA EMAIL FKSchonfeld@duanemorris.com
Travelers Property and Casualty Company of America

RE: Travelers Property & Casualty Company of America vs. Suncoast Shipping
Case #14-CV-14360
Middle Brooks/Lynch in Admiralty

Gentlemen:

We have been retained by our client, Suncoast Shipping, to request a ten (10) day delay in regard to the above captioned action.

Our client needs to consult with an Admiralty attorney in order to effectively defend this claim.

In light of the fact that he and/or his associate were not able to confer due to the fact that the parties live in different locations, they are requesting the delay in order to retain an attorney versed in Admiralty law.

Since the delay is up tomorrow, September 30, 2014, we are requesting your consent by email, agreeing to the ten (10) day delay.

Please do not hesitate to contact me if you have any questions.

Yours truly,

Larry S. Sazant

**EXHIBIT 2**

**From:** Schonfeld, Felice K.
**Sent:** Tuesday, September 30, 2014 10:41 AM
**To:** 'Larry Sazant'
**Cc:** jartransp@gmail.com
**Subject:** RE: TRAVELERS V. SUNCOAST SHIPPING 14-cv-14360 Middlebrooks/lynch: In Admiraly

Larry – thank you for confirming this agreement as to jurisdiction and service. Please advise as well if there are any objections to the standard pro hac vice motions we will be filing today for out of state counsel to appear in this case. We are required to note in our motions whether there is any objection. Thank you.



Felice Schonfeld
Special Counsel
Duane Morris LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318
P: +1 305 960 2274
F: +1 305 397 2492

**From:** Larry Sazant [mailto:Lss@bellsouth.net]
**Sent:** Tuesday, September 30, 2014 10:05 AM
**To:** Schonfeld, Felice K.
**Cc:** jartransp@gmail.com
**Subject:** RE: TRAVELERS V. SUNCOAST SHIPPING 14-cv-14360 Middlebrooks/lynch: In Admiraly

Felice

I spoke to Jean Rosier and he is agreeing to the jurisdiction and the service.

1

I will let you know as soon as possible as the law firm to be retained.

Larry Sazant

---

**From:** Schonfeld, Felice K. [mailto:FKSchonfeld@duanemorris.com]
**Sent:** Monday, September 29, 2014 6:21 PM
**To:** Larry S. Sazant
**Subject:** Re: TRAVELERS V. SUNCOAST SHIPPING 14-cv-14360 Middlebrooks/lynch: In Admiraly

Larry: ok. Please try to respond no later than 3 if possible.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Larry S. Sazant
**Sent:** Monday, September 29, 2014 6:18 PM
**To:** Schonfeld, Felice K.
**Cc:** jartransp@gmail.com
**Subject:** RE: TRAVELERS V. SUNCOAST SHIPPING 14-cv-14360 Middlebrooks/lynch: In Admiraly

Felice,

I am trying to reach the appropriate party. Not having any success at the moment.

I personally don't see a problem but do of course need approval as I am not going to handle this litigation.

I will try my utmost to get back to you in the morning.

Larry Sazant

---

**From:** Schonfeld, Felice K. [mailto:FKSchonfeld@duanemorris.com]
**Sent:** Monday, September 29, 2014 4:00 PM
**To:** Larry Sazant
**Cc:** Gurland, Harvey W.
**Subject:** RE: TRAVELERS V. SUNCOAST SHIPPING 14-cv-14360 Middlebrooks/lynch: In Admiraly

Mr. Sazant – We will agree to a ten day extension of time to respond to the complaint, with new response date of October 10, 2014, provided that Suncoast Shipping agrees not to contest jurisdiction or service. Please confirm that agreement. We will be filing standard motions for out of state counsel to appear pro hac vice in this case. Do you have any objections to such motions? Thank you for your prompt response.



Felice Schonfeld
Special Counsel
Duane Morris LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318

P: +1 305 960 2274
F: +1 305 397 2492

**From:** Larry Sazant [mailto:lss@bellsouth.net]
**Sent:** Monday, September 29, 2014 2:41 PM
**To:** Gurland, Harvey W.; Schonfeld, Felice K.; Jean Rosier
**Subject:** Fw: TRAVELERS V. SUNCOAST SHIPPING 14-cv-14360 Middlebrooks/lynch: In Admiraly

2

Gentlemen,

Please find our request for Suncoast Shipping for a delay in answering your suit as per attachment herein

Your early reply is appreciated

**Larry S Sazant P.A.**
**ComLend Capital, Inc**
**1920 E. Hallandale Beach Blvd. Suite 510**
**Hallandale Fl 33009**
**Lss@bellsouth.net : Comlendcapital@gmail.com**
**954-458-6801: 305-931-8450**

On Monday, September 29, 2014 2:28 PM, judy1920 <judy1920@bellsouth.net> wrote:

Larry S. Sazant, P.A.
Comlend Capital, Inc.
1920 E. Hallandale Beach Boulevard
Suite #510
Hallandale, FL 33009
PHONE: 954-458-6801
FAX: 954-458-6802

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

3

**EXHIBIT 3**

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

JAMES W. CARBIN
DIRECT DIAL: +1 973 424 2035
PERSONAL FAX: +1 973 556 1144
E-MAIL: JWCARBIN@DUANEMORRIS.COM

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

October 15, 2014

### VIA FIRST CLASS MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Larry S. Sazant, P.A.                          Suncoast Shipping, LLC
1920 E. Hallandale Beach Boulevard             1401 N. US Highway 1
Suite 510                                      Fort Pierce, FL 34950
Hallandale Beach, FL 33009

    Re:    **Travelers Property Casualty Co. of America v. Suncoast Shipping, LLC**
              **U.S. District Court for the Southern District of Florida**
              **Case No.: 2:14-14360-DMM**
              **DM File No.: K0483-00203**

Dear Sirs:

        We represent plaintiff Travelers Property Casualty Company in the above referenced matter.

        Suncoast Shipping, LLC's answer to the Complaint is overdue. Please file an answer within five (5) days or we will move for a default.

                                                 Sincerely,

                                                 James W. Carbin

JWC:jw

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*          WALTER GREENHALGH, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800          PHONE: +1 973 424 2000  FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\5086219.1