IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 14-CV-14360-MIDDLEBROOKS/LYNCH
IN ADMIRALTY

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA, )
                                                               )
        **Plaintiff,**                        )
                                                                 )
v.                                                                    )
                                                                   )
SUNCOAST SHIPPING, LLC          )
                                                                   )
        **Defendants.**                   )
_____/

## SCHEDULING CONFERENCE REPORT

Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16 (b), Local Civil Rule 16.1 (b)(2) and the Court's Order Setting Telephonic Scheduling Conference and Order Requiring Joint Scheduling Report (D.E. 14), submits this Scheduling Conference Report and Proposed Scheduling Order. Defendant SUNCOAST SHIPPING, LLC has been duly served (*see* D.E. 6 and 13) and has been provided with repeated notice of the proceedings (*see* D.E. 15 and 16). Defendant has advised that it will not appear or participate. No conference could be held.

To assist the Court, Plaintiff offers its position on points identified in Local Civil Rule 16.2:

(A) <u>The Likelihood of Settlement</u>

Settlement is unlikely given the relief sought, including rescission of the Marine Insurance Policy issued to Defendant, and Defendant's decision not to appear.

DM1\5205273.1

(B) <u>The Likelihood of Appearance in the Action of Additional Parties</u>

Unlikely for Plaintiff.

(C) <u>Proposed Limits on the Time:</u>

    (i) <u>To Join Other Parties and to Amend the Pleadings</u>

Plaintiff proposes sixty (60) days after Defendant files an appearance, if any.

    (ii) <u>To File and Hear Motions; and</u>

Plaintiff proposes that all motions be filed by thirty (30) days after the close of all discovery.

    (iii) <u>To Complete Discovery</u>

If Defendant appears, Plaintiff proposes that fact discovery be completed by March 16, 2015 and expert discovery be completed by April 15, 2014.

(D) <u>Proposals for the Formulation and Simplification of Issues, *et al*.</u>

Plaintiff anticipates making a motion for summary judgment and/or partial summary judgment. The timing will be dependent on whether Defendant appears and participates.

Plaintiff has issued a Subpoena to the principal of Defendant, Jean A. Rouzier, for testimony and documents, and is attempting to serve it.

(E) <u>The Necessity or Desirability of Amendments to the Pleadings</u>

Plaintiff may amend the Complaint to assert a specific claim for reimbursement of money paid.

(F) <u>The Possibility of Obtaining Admissions of Fact and of Documents, *et al.*</u>

It does not appear possible to obtain admissions and/or stipulations given Defendant's decision not to appear.

(H) <u>Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master</u>

The Court addressed this issue with its October 24, 2014 Order. (D.E. 11).

(I) <u>A Preliminary Estimate of the Time Required for Trial</u>;

If Defendant appears and participates, Plaintiff estimates a 3-5 day trial.

(J) <u>Requested Date or Dates for Conferences before Trial, a Final Pretrial Conference, and Trial</u>

The Court set a final pretrial conference for May 27, 2015 at 1:15 p.m. and trial for June 1, 2015 (D.E. 11). The trial should be non-jury.

Plaintiff suggests a further telephonic status conference with Magistrate Lynch for late January, 2015 to allow Plaintiff to obtain documents and testimony from Mr. Rouzier.

(K) <u>Any Other Information that Might be Helpful to the Court</u>

None.

Attached is a Proposed Scheduling Order pursuant to Local Civil Rule 16.3.

| | |
|---|---|
| Dated: December 3, 2014 | Respectfully submitted, |
| | /s/ Felice K. Schonfeld |
| James W. Carbin, Esq. | Harvey W. Gurland, Jr., P.A. |
| (admitted *pro hac vice*) | Florida Bar No. 284033 |
| JWCarbin@duanemorris.com | HWGurland@duanemorris.com |
| P. Ryan McElduff, Esq. | Felice K. Schonfeld, Esq. |
| (admitted *pro hac vice*) | Florida Bar No. 266523 |
| PRMcelduff@duanemorris.com | FKSchonfeld@duanemorris.com |
| **DUANE MORRIS LLP** | **DUANE MORRIS LLP** |
| One Riverfront Plaza | 200 S. Biscayne Boulevard |
| 1037 Raymond Boulevard | Suite 3400 |
| Suite 1800 | Miami, Florida 33131 |
| Newark, New Jersey 07102-5429 | Tel: 305.960.2200 |
| Tel: 973.424.2025 | Fax: 305.960.2201 |
| Fax: 973.556.1426 | *Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 3d day of December, 2014, via email and U.S. Mail on all counsel or parties of record on the attached Service List.

/s/ Felice K. Schonfeld
Felice K. Schonfeld, Esq.

## SERVICE LIST

Suncoast Shipping, LLC
1401 N. US Highway 1
Fort Pierce, FL 34950

-and-

54-75 N.E. St. James Drive #148
Port St. Lucie, FL 34983

E-mail: jartransp@gmail.com