UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-14360-Civ-Middlebrooks/Lynch

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

        Plaintiff,

v.

SUNCOAST SHIPPING, LLC,

        Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on Plaintiff's Motion for Summary Judgment, filed February 18, 2015. (DE 21). Defendant did not respond to Plaintiff's Motion by the deadline and Plaintiff filed a "reply" to that effect on March 13, 2015. (DE 23). However, Defendant has never appeared in this action and the Clerk entered default against Defendant on October 31, 2014. (DE 13). It is unclear whether Plaintiff has made a choice to move for summary judgment despite its ability to move for default judgment under Federal Rule of Civil Procedure 55(b). Accordingly, it is hereby

**ORDERED and ADJUDGED** that Plaintiff shall, **by April 2, 2015**, either (1) withdraw its Motion for Summary Judgment and file a Motion for Default Judgment or (2) submit a supplemental brief as to the Court's ability to grant a motion for summary judgment where the defendant has defaulted.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 24 day of March, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record