IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 14-CV-14360-MIDDLEBROOKS/LYNCH
IN ADMIRALTY

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA, )
  )
      Plaintiff, )
  )
      v. )
  )
SUNCOAST SHIPPING, LLC )
  )
      Defendant. )

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF**
**UNOPPOSED MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's Order dated March 24, 2015 [DE 24], Travelers Property Casualty Company of America submits this supplemental brief in support of the Court's ability to grant a motion for summary judgment where the defendant has defaulted.

The case of *Regions Bank v. Ra. Inv. Holdings, Inc.*, 2010 WL 2363616 (MD Fla 2010) is instructive: Plaintiff Regions Bank filed suit against multiple defendants to foreclose on real and personal property, and to enforce two guaranties. *Regions Bank*, 2010 WL 2363616 at *1. The defendants failed to timely respond to the Verified Complaint, and "[u]pon motion of Regions Bank, the Clerk entered default against all Defendants." *Id.* at *2. Regions Bank then "filed its verified motion for a summary judgment to foreclose on the real and related personal property and to enforce the guaranty agreements against the Defendants." *Id.* The Court stated that "Defendants' failure to timely respond to the Complaint and subsequent entry of default against them serve to admit the well pleaded allegations of Plaintiffs' Complaint." *Id.* The Court then analyzed the facts of that case under the motion for summary judgment standard and ultimately

1

found that Regions Bank was entitled to summary judgment as a matter of law on all four counts of the Verified Complaint. *Id.* at *6; *see also Whitney National Bank v. Accend, Inc.*, 2011 WL 2446591 at *2 (MD Fla. 2011) (granting motion for summary judgment where defendant had defaulted).

Accordingly, Travelers Property Casualty Company of America requests that judgment be entered pursuant to Fed. R. Civ. P. 56 declaring the Policy void *ab initio* due to Suncoast Shipping, LLC's breach of *uberrimae fidei* and for such other and further relief the Court deems appropriate.

Dated: March 26, 2015                                          Respectfully submitted,

| | |
|---|---|
| James W. Carbin, Esq. | /s/ Felice K. Schonfeld |
| (admitted *pro hac vice*) | Felice K. Schonfeld, Esq. |
| JWCarbin@duanemorris.com | Florida Bar No. 266523 |
| P. Ryan McElduff, Esq. | FKSchonfeld@duanemorris.com |
| (admitted *pro hac vice*) | Harvey W. Gurland, Jr., P.A. |
| PRMcelduff@duanemorris.com | Florida Bar No. 284033 |
| **DUANE MORRIS LLP** | HWGurland@duanemorris.com |
| One Riverfront Plaza | **DUANE MORRIS LLP** |
| 1037 Raymond Boulevard | 200 S. Biscayne Boulevard |
| Suite 1800 | Suite 3400 |
| Newark, New Jersey 07102-5429 | Miami, Florida 33131 |
| Tel: 973.424.2025 | Tel: 305.960.2200 |
| Fax: 973.556.1426 | Fax: 305.960.2201 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 26th day of March, 2015, via U.S. Mail on all counsel or parties of record on the attached Service List.

/s/ Felice K. Schonfeld
Felice K. Schonfeld, Esq.

## SERVICE LIST

Suncoast Shipping, LLC
1401 N. US Highway 1
Fort Pierce, FL 34950

-and-

Suncoast Shipping, LLC
54-75 N.E. St. James Drive, #148
Port St. Lucie, FL 34983