IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 14-CV-14360-MIDDLEBROOKS/LYNCH
IN ADMIRALTY

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

      Plaintiff,

v.

SUNCOAST SHIPPING, LLC

      Defendants.

## DECLARATION OF JAMES W. CARBIN

I, JAMES W. CARBIN, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at law and member of the law firm Duane Morris LLP, counsel for Plaintiff Travelers Property Casualty Company of America.

2. This declaration will demonstrate that Travelers is entitled to judgment in its favor.

3. Exhibit 1 is Travelers Marine Hull and Protection & Indemnity Policy No. ZOH-15N11069-13-ND effective February 6, 2013 to October 2, 2013.

4. Exhibit 2 is a copy of the transcript of the deposition of Jean Rouzier, taken Thursday January 8, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of May, 2015.

_____
James W. Carbin

2