IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 14-CV-14360-MIDDLEBROOKS/LYNCH

IN ADMIRALTY

|  |  |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SUNCOAST SHIPPING, LLC | ) ) |
| Defendants. | ) ) / |

**PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL**

Pursuant to Local Rule 7.1 (a)(1)(G) and 7.6, the Court's Order Referring Case and Setting Trial Date (Docket No. 11) and Order Setting Pre-Trial Schedule (Docket No. 18), Plaintiff Travelers Property Casualty Company of America ("Travelers") requests that the Trial set for the two week trial period commencing June 1, 2015, and all pre-trial deadlines, be continued to a date to be set by the Court to allow the Court to determine the pending Motion for Default Judgment against the only Defendant, Suncoast Shipping, LLC (Docket Nos. 29 and 30). Travelers relies upon the accompanying Declaration of P. Ryan McElduff dated May 11, 2015, along with the pleadings filed to date.

In Support of its Motion, Travelers states:

1. The Clerk of the Court entered a default against the only defendant, Suncoast Shipping, LLC ("Suncoast"), on October 31, 2014. [Declaration of P. Ryan McElduff dated May 11, 2015 ("McElduff Dec.") at ¶ 3. *See also* Dkt. Entry No. 13].

2. Suncoast is fully aware of this lawsuit, received service of the suit and the Court's Orders herein, but has decided not to defend. [McElduff Dec. at ¶ 4. *See also* Dkt Nos. 6, 12, 15, 16, 20, 21, 23 and 30-2, Rouzier Deposition at p. 7:20-8:15; 67:10-68:23].

3. Travelers' Motion for a Default Judgment against Suncoast is before the Court. [McElduff Dec. at ¶ 5. *See also* Dkt Nos. 29 and 30].

4. Travelers' pending Motion for a Default Judgment and Suncoast's failure to appear and defend is good cause for the continuance of the trial and related pre-trial deadlines. [McElduff Dec. at ¶ 6].

5. The Court's decision on the Motion for a Default Judgment could render trial moot. [McElduff Dec. at ¶ 7].

6. Continuing the Trial and related pre-trial deadlines would permit the Court to efficiently manage its docket and avoid preserving time for a trial that appears unnecessary. [McElduff Dec. at ¶ 8].

7. Moreover, Travelers should not be forced to incur the expense associated with preparing for a trial that is likely unnecessary. [McElduff Dec. at ¶ 9].

8. It is also unclear if the case could be tried without a defendant. [McElduff Dec. at ¶ 10]

**WHEREFORE**, Travelers Property Casualty Company of America requests that Pursuant to Local Rule 7.1 (a)(1)(G) and 7.6, the Court's Order Referring Case and Setting Trial Date (Docket No. 11) and Order Setting Pre-Trial Schedule (Docket No. 18), the Trial set for the two week trial period commencing June 1, 2015, and all pre-trial deadlines, be continued to a date to be set by the Court and further relief the Court deems appropriate.

### **CERTIFICATE OF GOOD FAITH CONFERENCE: UNABLE TO CONFER**

Pursuant to Local Rule 7.1 (a)(3)(B), counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows: Travelers served Suncoast with each pleading, order and paper filed in this matter. Suncoast refuses to appear or participate.

Dated: May 11, 2015

Respectfully submitted,

/s/ Felice K. Schonfeld

| | |
|---|---|
| James W. Carbin, Esq. | Harvey W. Gurland, Jr., P.A. |
| (admitted *pro hac vice*) | Florida Bar No. 284033 |
| JWCarbin@duanemorris.com | HWGurland@duanemorris.com |
| P. Ryan McElduff, Esq. | Felice K. Schonfeld, Esq. |
| (admitted *pro hac vice*) | Florida Bar No. 266523 |
| PRMcelduff@duanemorris.com | FKSchonfeld@duanemorris.com |
| **DUANE MORRIS LLP** | **DUANE MORRIS LLP** |
| One Riverfront Plaza | 200 S. Biscayne Boulevard |
| 1037 Raymond Boulevard | Suite 3400 |
| Suite 1800 | Miami, Florida 33131 |
| Newark, New Jersey 07102-5429 | Tel: 305.960.2200 |
| Tel: 973.424.2025 | Fax: 305.960.2201 |
| Fax: 973.556.1426 | *Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 11th day of May, 2015, via First Class U.S. Mail on all parties on the Service List below.

                                                  /s/ Felice K. Schonfeld
                                                Felice K. Schonfeld, Esq.

## SERVICE LIST

Suncoast Shipping, LLC
1401 N. US Highway 1
Fort Pierce, FL 34950

Suncoast Shipping, LLC
54-75 N.E. St. James Drive, #148
Port St. Lucie, FL 34983