IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 14-CV-14360-MIDDLEBROOKS/LYNCH
IN ADMIRALTY

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA, )
)
)
Plaintiff, )
)
v. )
)
SUNCOAST SHIPPING, LLC )
)
Defendants. )
_____/

### DECLARATION OF P. RYAN MCELDUFF

I, P. RYAN MCELDUFF, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at law with the law firm Duane Morris LLP, counsel for Plaintiff Travelers Property Casualty Company of America.

2. This declaration will demonstrate good cause to grant Travelers' Motion for Continuance of the Trial and all pre-trial deadlines to a date to be set by the Court.

3. The Clerk of the Court entered a default against the only defendant, Suncoast Shipping, LLC ("Suncoast"), on October 31, 2014. [Dkt. Entry No. 13].

4. Suncoast is fully aware of this lawsuit, received service of the suit and the Court's Orders herein, but has decided not to defend. [Dkt Nos. 6, 12, 15, 16, 20, 21, 23 and 30-2, Rouzier Deposition at p. 7:20-8:15; 67:10-68:23].

5. Travelers' Motion for a Default Judgment against Suncoast is before the Court. [Dkt Nos. 29 and 30].

6. Travelers' pending Motion for a Default Judgment and Suncoast's failure to appear and defend is good cause for the continuance of the trial and related pre-trial deadlines.

7. The Court's decision on the Motion for a Default Judgment could render trial moot.

8. Continuing the Trial and related pre-trial deadlines would permit the Court to efficiently manage its docket and avoid preserving time for a trial that appears unnecessary.

9. Moreover, Travelers should not be forced to incur the expense associated with preparing for a trial that is likely unnecessary.

10. It is also unclear if the case could be tried without a defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of May, 2015.

P. Ryan McElduff