UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-14360-Civ-Middlebrooks/Lynch

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

        Plaintiff,

v.

SUNCOAST SHIPPING, LLC,

        Defendant.
_____/

## FINAL DEFAULT JUDGMENT

Based on the Court's Order Granting Plaintiff Travelers Property Casualty Company of America's ("Travelers") Motion for Final Default Judgment against Defendant Suncoast Shipping, LLC ("Suncoast"), it is hereby

**ORDERED AND ADJUDGED** that

1. Final judgment is entered in favor of Travelers and against Suncoast.

2. Travelers' Marine Hull and Protection & Indemnity Policy No. ZOH-15N11069-13-ND issued to Suncoast Shipping, LLC and effective February 6, 2013 to October 2, 2013 is void *ab initio*; and

3. Travelers has no obligation to Suncoast or with respect to the Tug under the Policy.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___ day of May, 2015.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record